1074

[No. 72944-6-I.   Division One.   March 14, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS WAYNE JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 14-1-02055-9, Joseph P. Wilson, J., entered January 8, 2015. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Verellen, A.C.J., and Appelwick, J.

[No. 73051-7-I.   Division One.   March 14, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER JOHN PLETENIK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-02603-6, Regina S. Cahan, J., entered January 12, 2015. *Affirmed* by unpublished opinion per Becker, J., concurred in by Spearman, C.J., and Schindler, J.

[No. 73194-7-I.   Division One.   March 14, 2016.]

*In the Matter of the Marriage of* HEIDI MARIE WELBORN, *Respondent*, and JOSHUA CONRAD WELBORN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-3-00750-1, Richard D. Eadie, J., entered January 30, 2015. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Becker and Schindler, JJ.

[No. 73303-6-I.   Division One.   March 14, 2016.]

ANDREW PILLOUD, *Appellant*, v. KING COUNTY REPUBLICAN CENTRAL COMMITTEE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 15-2-01252-5, Mariane C. Spearman, J., entered March 5, 2015. *Reversed* and *remanded with instructions* by unpublished opinion per Schindler, J., concurred in by Verellen, A.C.J., and Appelwick, J.